UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00100-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **KENYATA ROBINSON,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on defendant's Motion for Early Termination of Supervision. Having considered defendant's motion and reviewed the pleadings, and it appearing that her supervising officer concurs in early termination, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Supervision (#2) is GRANTED, and supervision is terminated early in this matter as successfully completed.

Signed: September 29, 2014

Max O. Cogburn Jr.
United States District Judge